Erica H. Gruver (SBN 285329)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4585
Facsimile: (901) 492-5641
Email: erica.gruver@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ALVARADO, an individual;<br><br>　　　　　Plaintiff,<br>　v.<br>FEDERAL EXPRESS CORPORATION, a corporate entity form unknown; and DOES 1-50, inclusive,<br>　　　　　Defendants. | **Case No. 2:20-cv-10945-RGK-GJS**<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed: June 10, 2020<br>Trial Date: None |

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1452744　　　　　　　　1　　　　　　Case No. 2:20-cv-10945-RGK
[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated, and no further proceedings shall take place in this action.

**IT IS SO ORDERED**.

DATED: February 4, 2021    By: _____
HON. R. GARY KLAUSNER
U.S. DISTRICT COURT JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1452744    1    Case No. 2:20-cv-10945-RGK
[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

*Edwin Alvarado v. Federal Express Corporation, et al.*
**USDC Case No. 2:20-cv-10945 RGK GJS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On February 2, 2021, I served the within document(s):

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

- [x] With the Clerk of the Court for the United States District Court-Central District of CA by using the Court's CM/ECF system and that service will be accomplished by the court's CM/ECF system to the person(s) as set forth below.
- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- [ ] by arranging with First Legal Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- [ ] by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

| | |
|---|---|
| Jihad M. Smaili, Esq.<br>Zien Halwani, Esq.<br>SMAILI & ASSOCIATES, PC<br>Civic Center Plaza Towers<br>600 W. Santa Ana Blvd., Suite 202<br>Santa Ana, CA 92701<br>(714) 547-4700  FAX: (714) 547-4710<br>jihad@smaililaw.com<br>zien@smaililaw.com<br>**Attorneys for Plaintiff, EDWIN ALVARADO** | |

- [x] *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 2, 2021, at Irvine, California.

*/s/Carla Waller*
Carla Waller

1452744    2    Case No. 2:20-cv-10945-RGK
[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614